IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>QUANTEZ GRIFFIN | CRIMINAL CASE NO.<br>1:20-CR-0205-SCJ |

### ORDER

This matter is before the Court for consideration of the Reports and Recommendations of Magistrate Judge J. Elizabeth McBath [Doc. 103] to which no objections have been filed. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, Defendant's Motion to Suppress [Doc. 22] is hereby **DENIED**.

**IT IS SO ORDERED** this 6th day of March, 2023.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE